UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Moses Yen</u>

    v.                              No. 06-fp-143

<u>State of New Hampshire</u>

## ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

Plaintiff's request to proceed <u>in forma pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number 06-cv-143-SM.

**SO ORDERED.**

                                                  _____
                                                  James R. Muirhead
                                                  United States Magistrate Judge

Date: May 3, 2006

cc:    Moses Yen, *pro se*