UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Moses Yen

v.                                          06-cv-143-SM

State of New Hampshire

ORDER

The court has construed the plaintiff's letter to Magistrate Judge Muirhead dated June 1, 2006, as an objection to the Report and Recommendation. After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 26, 2006, for the reasons set forth therein. Plaintiff's petition for a writ of habeas corpus is hereby dismissed for failure to exhaust state remedies, without prejudice.

SO ORDERED.

June 13, 2006

Steven J. McAuliffe
Chief Judge

cc:    Moses Yen, pro se